UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.**, as
Broadcast Licensee of the **June 30, 2007**
**Holyfield/Savarese** Program,

                       Plaintiff,

    -against-

STEVEN M. MASIC, Individually, and as
officer, director, shareholder and/or principal of
PLAYERS OF NIAGARA FALLS INC. d/b/a
PLAYERS, and PLAYERS OF NIAGARA
FALLS INC. d/b/a PLAYERS,

                       Defendants.
-----------------------------------------------------------------

**NOTICE OF DISMISSAL**

Civil Action No.
1:08-CV-815-RJA-JJM

        **PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.,** hereby has compromised the within

and foregoing action, and no party named herein being an infant or incompetent,  herewith notifies

the Court of the settlement of the above-styled action and moves to dismiss their claim against

Defendants with prejudice and without costs pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure.

    Dated: November 18, 2009
          Ellenville, New York

**GRANTED • SO ORDERED**

*[signature]*
~~JEREMIAH J. McCARTHY~~
UNITED STATES MAGISTRATE JUDGE

**DATED:** 11/23/09

    SO ORDERED this ___ day of ___, 2009

_____
**HON. RICHARD J. ARCARA**
**UNITED STATES DISTRICT JUDGE**

**J & J SPORTS PRODUCTIONS, INC.**
By: /s/   Julie Cohen Lonstein
        JULIE COHEN LONSTEIN, ESQ.
        Attorney for Plaintiff
        Bar Roll No. JL8521
        LONSTEIN LAW OFFICE, P.C.
        Office and P.O. Address
        1 Terrace Hill : P.O. Box 351
        Ellenville, NY  12428
        Telephone:  (845) 647-8500
        Facsimile:  (845) 647-6277